# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2593

_____

Francisco Lozano,       *
      *
         Appellant,       *
      *    Appeal from the United States
      v.       *    District Court for the
      *    Eastern District of Arkansas.
T. C. Outlaw, Warden, FCI - Forrest       *
City,       *    [UNPUBLISHED]
      *
         Appellee.       *

_____

Submitted: March 29, 2010
Filed: April 2, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate Francisco Lozano appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Having reviewed the record de novo, see Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam), we find no basis for reversal. Accordingly, we grant Lozano's motion and affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).